UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA FRANKLIN,

          Plaintiff(s),         CASE NUMBER: 08-13620
                                          HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     On June 10, 2009, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. #13) recommending that the Court GRANT Defendant's Motion for Summary Judgment (Doc. #12) and DENY Plaintiff's Motion for Summary Judgment (Doc. #9).  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

     Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.

     **IT IS ORDERED**.

                                                    s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  July 6, 2009

| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 6, 2009. |
| --- |
| s/Linda Vertriest<br>Deputy Clerk |